## MUSSALLAM v. MUSSALLAM

No. 702PA86.

Case below: 83 N.C. App. 213.

Petition by Board of Education for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1987.

## NEESE v. NEESE

No. 51P87.

Case below: 84 N.C. App. 147.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987. Notice of appeal by defendant pursuant to G.S. 7A-30 dismissed 7 April 1987.

## NORTH STATE SAVINGS & LOAN CORP. v. CARTER DEVELOPMENT CO.

No. 750P86.

Case below: 83 N.C. App. 422.

Petition by Intervenor for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

## RALEIGH-DURHAM AIRPORT AUTH. v. HOWARD

No. 35P87.

Case below: 83 N.C. App. 542.

Petition by defendant (Freddy Ray Jones) for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.

## SASSE v. CUNNINGHAM

No. 730P86.

Case below: 83 N.C. App. 343.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1987.